# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GLORIA A. RIEGO,**

        **Plaintiff,**

**-vs-**                                 **Case No.  6:06-cv-308-Orl-31KRS**

**NEW YORK CITY TRANSIT DEPT. OF LAW and NEW JERSEY CITY DEPT. OF LAW,**

        **Defendants.**

_____

## ORDER

Upon consideration of the Report and Recommendation (Doc. 12) and Plaintiff's objection thereto (Doc. 13), it is

**ORDERED** that Plaintiff's objection os OVERRULED.  This case is DISMISSED, without prejudice, for improper venue.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 31, 2006.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE